**Order entered April 30, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00143-CV**

**THEODORE SIMMONS, Appellant**

**V.**

**MIDLAND FUNDING, LLC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01681-C**

**ORDER**

Before the Court is appellant's April 28, 2020 second motion to compel court reporter LaToya Jackson-Martinez to file the record of the September 19, 2019 bench trial. Appellant requests the record be filed by May 5, 2020.

We **GRANT** the motion to the extent we **ORDER** Ms. Young-Martinez to file the record **no later than May 11, 2020.**

We note the record was first due February 25, 2020 and the deadline has had to be extended twice because of Ms. Young-Martinez's failure to file the record

and otherwise communicate with the Court. Accordingly, and because the appeal cannot proceed without the record, we caution Ms. Young-Martinez that failure to file the record by May 11th may result in the Court taking such action as is necessary to ensure compliance including ordering she not sit as a court reporter until the record is filed.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Sally Montgomery, Presiding Judge of County Court at Law No. 3; Janet Wright, as Official Court Reporter for County Court at Law No. 3; Ms. Young-Martinez; and, the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE